**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**GWENDOLYN RICE**                                                                                 **PLAINTIFF**

**VS.**                                                              **CIVIL ACTION NO. 4:25-CV-143-JDM-JMV**

**WEST BOLIVAR CONSOLIDATED SCHOOL DISTRICT**                          **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS

On July 13, 2026, the United States Magistrate Judge entered a Report and Recommendation [19] to dismiss this case under Federal Rule of Civil Procedure 41(b). Dismissal was recommended because pro se plaintiff Gwendolyn Rice has failed to prosecute this case and failed to comply with a court order. More than fourteen days have elapsed since service of the Report and Recommendation, and no party has objected. Before the Report and Recommendation was entered, on May 28, 2026, the magistrate judge entered a Show Cause Order [18], to which Rice also failed to respond.

The Court finds the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court.

**IT IS, THERFORE, ORDERED** that the Report and Recommendation of the United States Magistrate Judge [19] is hereby approved and adopted as the opinion of the Court.

This case is **DISMISSED** under Federal R Civil Procedure 41(b) for failure to prosecute and failure to comply with a court order.

SO ORDERED this, the 30th day of July, 2026.

  /s/ James D. Maxwell, II
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI