**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**GWENDOLYN RICE**                                                                      **PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO. 4:25-CV-143-JDM-JMV**

**WEST BOLIVAR CONSOLIDATED SCHOOL DISTRICT**                        **DEFENDANT**


**<u>JUDGMENT</u>**

By separate order, the Court adopted the Report and Recommendation of the United States Magistrate Judge and dismissed this case under Federal R Civil Procedure 41(b) for failure to prosecute and failure to comply with a court order.  This **CASE** is **CLOSED**.

**SO ORDERED** this, the 30th day of July, 2026.

   /s/ James D. Maxwell, II
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISISSIPPI